**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 28 WAL 2019

           Respondent           :

                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court

           v.                           :

                                    :

KEITH REED,                      :

                                    :

           Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.